# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VICKI LYNN BAINBRIDGE, et al.,** | ) | |
| | ) | **8:05CV310** |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **McRAE'S, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' stipulation motion for leave to file amended complaint and stipulated motion for expansion of time in which to file responsive pleadings (Filing No. 8). Upon consideration,

**IT IS ORDERED:**

1.      The parties' stipulated motion for leave to file amended complaint and stipulated motion for expansion of time in which to file responsive pleadings (Filing No. 8) is granted as set forth below.

2.      The plaintiffs shall have to **on or before August 19, 2005**, in which to file an amended complaint.

3.      The defendants shall have to **on or before September 2, 2005**, in which to answer or otherwise respond.

DATED this 29th day of July, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge