# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VICKI LYNN BAINBRIDGE, et al.,** ) | |
| ) | 8:05CV310 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **MCRAE'S, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

This matter is before the court following a status conference with counsel on September 29, 2005. Participating for the plaintiffs was William Deck. Participating for the defendant McRae's Inc. were Jay Welch and Matthew Hammes. Participating for the defendant Simon Property Group was Michael Degan. Due to the uncertainty of the exact identity of additional defendants, the plaintiffs delayed the filing of an amended complaint. Such uncertainties have been resolved and the plaintiffs shall file their amended complaint **on or before October 3, 2005**. The defendants shall file their answer **on or before October 19, 2005**. The parties shall meet and confer and file their planning report pursuant to Fed. R. Civ. P. 26(f) **on or before October 10, 2005**.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge