# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VICKI LYNN BAINBRIDGE, et al.,** | ) |
| **Plaintiffs,** | ) |
| | ) **8:05CV310** |
| vs. | ) |
| | ) **ORDER** |
| **MCRAE'S, INC., et al.,** | ) |
| **Defendants.** | ) |

This matter is before the court following a telephone conference with counsel for the parties on February 17, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **April 24, 2006** at **2:00 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 17th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge