IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKI LYNN BAINBRIDGE and<br>TIMOTHY P. BAINBRIDGE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>McRAE'S INC., d/b/a YOUNKERS, et al.,<br><br>　　　　　　Defendants. | 8:05CV310<br><br>ORDER |

This matter is before the court on the motion for leave to withdraw of Matthew D. Hammes and the law firm of Locher Pavelka Dostal Braddy & Hammes (Filing No. 81) as counsel for the defendant McRae's Inc. The court notes other counsel entered an appearance on behalf of the defendant. **See** Filing No. 82. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). McRae's Inc. also seeks an unopposed one-week extension of time to file a reply in support of its motion for summary judgment. Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Matthew D. Hammes and the law firm of Locher Pavelka Dostal Braddy & Hammes (Filing No. 81) as counsel for the defendant McRae's Inc. is granted.

2. The Clerk of Court shall stop all electronic notices to Matthew D. Hammes, Jay L. Welch and Thomas M. Braddy regarding this case.

3. McRae's Inc.'s motion for extension (Filing No. 83) is granted. McRae's Inc. shall have to **on or before December 1, 2006**, to file a reply in support of its motion for summary judgment (Filing No. 65).

DATED this 20th day of November, 2006.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　 s/Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge