## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VICKI LYNN BAINBRIDGE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | 8:05CV310 |
| v. ) | |
| ) | ORDER |
| **McRAE'S, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Upon notice of settlement given on October 15, 2007 by counsel for the defendant,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before October 31, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The trial previously scheduled is cancelled upon the representation that this case is settled.

DATED this 15th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge