## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKI LYNN BAINBRIDGE, and<br>TIMOTHY P. BAINBRIDGE, | ) | CIVIL NUMBER: 8:05CV310 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| McRAE'S, INC. d/b/a YOUNKERS; | ) | **ORDER TO DISMISS** |
| SIMON PROPERTY GROUP, INC.; | ) | |
| SIMON PROPERTY GROUP, L.P.; and | ) | |
| CROSSROADS MALL, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court upon the parties' Motion to Dismiss, and the Court being fully advised in the premises, hereby orders that such Motion should be granted.

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice, each party to bear its own costs and attorneys' fees, complete record waived.

DATED this 21st day of November, 2007.


BY THE COURT:


**s/ Joseph F. Bataillon**
District Court Judge


Prepared and submitted by:

Michael J. Mullen (#22941)
BLACKWELL SANDERS LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102
Telephone: (402) 964-5000
Fax: (402) 964-5050